UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM HUGHES DILLER, JR., individually
and as Trustee of the William Hughes Diller,
Sr. Trust, BARBARA WEITEKAMP DILLER,
individually and JUDITH ANN NEAL,
individually and as presumptive lineal heir to
William Hughes Diller, Jr., and William
Hughes Diller, Sr., Trust,

    Plaintiffs,

v.                                                               Case No.  5:10-cv-672-Oc-34TBS

HEARTLAND AG GROUP OF
SPRINGFIELD, INC., an Illinois for-profit
corporation, ERNEST MOODY, individually
and as President and Senior Partner of
Heartland AG Group of Springfield, Inc., and
GENE MEUER, individually and as a Farm
Manager for Heartland AG Group of
Springfield, Inc., ,

    Defendants.
_____/

## ORDER

Pending before the Court is defendants, Heartland AG Group of Springfield, Inc., Ernest Moody and Gene Meur's Unopposed Motion Requesting Amendment of the Court's Case Management and Scheduling Order and Referral to Mediation and Incorporated Memorandum of Law (Doc. 41).  Pursuant to Local Rule 3.01(g), counsel for the movants represents that he has conferred with counsel for the plaintiffs and the plaintiffs do not oppose the relief requested in the motion.

Upon consideration, the Court finds that the motion is due to be GRANTED. The movant's participation in Court ordered mediation will not constitute a waiver of

their lack of personal jurisdiction argument which has already been raised with this Court in their Motion to Dismiss and/or Transfer Venue and Incorporated Memorandum of Law (Doc. 10), and reasserted in their Motion to Strike First Amended Complaint and/or Motion to Dismiss and/or Transfer Venue and Incorporated Memorandum of Law (Doc 36).

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on January 20, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel