UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WILLIAM HUGHES DILLER, JR., individually and as Trustee of the William Hughes Diller, Sr. Trust, BARBARA WEITEKAMP DILLER, individually and JUDITH ANN NEAL, individually and as presumptive lineal heir to William Hughes Diller, Jr., and William Hughes Diller, Sr., Trust,

    Plaintiffs,

v.                                                Case No.  5:10-cv-672-Oc-34TBS

HEARTLAND AG GROUP OF SPRINGFIELD, INC., an Illinois for-profit corporation, ERNEST MOODY, individually and as President and Senior Partner of Heartland AG Group of Springfield, Inc., and GENE MEUER, individually and as a Farm Manager for Heartland AG Group of Springfield, Inc., ,

    Defendants.
_____/

## ORDER

Pending before the Court is defendants, Heartland AG Group of Springfield, Inc., Ernest Moody and Gene Meuer's Unopposed Motion to Reschedule Mediation (Doc. 45).  Upon due consideration, the motion is GRANTED and the mediation of this case is rescheduled to April 12, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 23, 2012.

Copies to all Counsel

THOMAS B. SMITH
United States Magistrate Judge